## TATE v. GARDNER

No. 592P82.

Case below: 58 N.C. App. 821.

Petition by Gardner for discretionary review under G.S. 7A-31 denied 11 January 1983. Motion of Third Party Defendant Tate to dismiss appeal for lack of substantial constitutional question allowed 11 January 1983.

## WILKES COMPUTER SERVICES v. AETNA CASUALTY & SURETY CO.

No. 606P82.

Case below: 59 N.C. App. 26.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.

## PETITION TO REHEAR

## PURDY v. BROWN

No. 243PA82.

Case below: 307 N.C. 93.

Petition by defendant to rehear denied 11 January 1983.